IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT N. STERNER, SR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF BERKS, | : | |
| PENNSYLVANIA, et. al, | : | No. 13-1568 |
| Defendant. | : | |

## ORDER

AND NOW, on March __, 2014, upon consideration of the briefs regarding Defendants County of Berks and Sandra Graffius' motion for summary judgment (docs. 32-35) and in accordance with the accompanying memorandum opinion, it is ORDERED that the motion is:

- GRANTED as to Plaintiff Scott Sterner's sexual harassment claim;

- GRANTED as to Sterner's and Austin's intentional infliction of emotional distress claims; and

- DENIED as to Sterner's and Plaintiff Raymond Austin's retaliation claims.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S MAGISTRATE JUDGE